

# THE THIRTEENTH COURT OF APPEALS

---

13-14-00294-CV

---

Kerstin Jones
v.
Roderick Darryl Jones

---

On Appeal from the
267th District Court of Victoria County, Texas
Trial Cause No. 13-2-74418-B

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed for want of jurisdiction. The Court orders the appeal DISMISSED FOR WANT OF JURISDICTION in accordance with its opinion. No costs are assessed as appellant filed an affidavit of inability to pay costs.

We further order this decision certified below for observance.

September 11, 2014